UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE: CASE NO. 23-31335
MARK ANTHONY ARNOLD

Debtor(s) CHAPTER 13
_____

**SUCCESSOR TRUSTEE'S INTERIM FINAL REPORT PURSUANT TO F.R.B.P. 2012(b)**
_____

Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements through the above referenced Plan as of September 30, 2023.

A copy of the Interim Final Report is attached hereto showing the creditor, proof of claim amounts, amount disbursed and the unpaid balance for each claim, other than the ongoing mortgage claims, as of September 30, 2023 as of the date of the transfer from P. Chael, Interim Trustee to Tracy L. Updike, Trustee.

The amount paid to the ongoing mortgage claim includes principal, interest and escrow and does not reflect the outstanding principal balance- only the total amount paid.

Any questions or concerns should be directed to the Successor Trustee's Office.

WHEREFORE, Tracy L. Updike, Trustee requests that the Court approve this Interim Final Report and Account, and upon approval, requests that the prior Trustee, P. Chael, be discharged from his bond.

Dated: October 29, 2023

                                                                  Respectfully Submitted

                                                                  /s/ Tracy L. Updike, Trustee
                                                                  Tracy L. Updike, Trustee
                                                                  PO Box 11550
                                                                  South Bend, Indiana   46634
                                                                  (574) 254-1313

**CERTIFICATE OF SERVICE**

I certify that I served the **Interim Final Report,** attached hereto, on October 24, 2023 as follows:

By First Class U.S. Mail, postage prepaid to:
Debtor      MARK ANTHONY ARNOLD, , 502 CEDAR CREST LN, , MISHAWAKA, IN, 46545

BY CM/ECF
Debtor Attorney     LAW OFFICES OF MOSELEY & MARTINEZ

                                                                             Cindy Graber, Comptroller

# Trustee's Report of Receipts and Disbursements
## for the period from 1/1/2010 through 9/30/2023

| | | | | |
|---|---|---|---|---|
| Case Number: | 23-31335 | Funds at Period Begin: $0.00 | Total Receipts for Case: | $0.00 |
| Filed Date: | 10/20/2023 | Receipts for Period: $0.00 | Total Disbursed for Case: | $0.00 |
| | | Disbursed in Period: $0.00 | Monthly Plan Payment: | $0.00 |
| Confirmation Date: | | Funds at Period End: $0.00 | Number of Months in Plan: | 60 |
| | | Trustee Fee for Period: $0.00 | Debtor Refunds in Period: | $0.00 |

MARK ANTHONY ARNOLD
502 CEDAR CREST LN
MISHAWAKA, IN 46545

Attorney:
LAW OFFICES OF MOSELEY & MARTINEZ
8002 UTAH ST

MERRILLVILLE, IN 46410-

## Receipts

## Claims and Disbursements

| Claim | Creditor Name | Claim Type | Proof Amount | Amount To Pay | Total Prin | Total Int | Paid In Period | Unpaid Balance | Currently Reserved |
|---|---|---|---|---|---|---|---|---|---|
| 0010 | LAW OFFICES OF MOSELEY & | Legal | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | $4,000.00 | $0.00 |
| 0020 | SANTANDER CONSUMER | Secured | $0.00 | $14,000.00 | $0.00 | $0.00 | $0.00 | $14,000.00 | $0.00 |
| 0030 | INDIANA DEPARTMENT OF REV | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0040 | INTERNAL REVENUE SERVICE | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0050 | ACCEPTANCE NOW | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0060 | ACCEPTANCE NOW | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0070 | ACCEPTANCE NOW | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0080 | ADVANCE AMERICA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0090 | AFNI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0100 | ARBOR PROFESSIONAL SOLUTI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0110 | ARBOR SOLUTIONS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0120 | ASHLEY FUNDING SERVICES L | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0130 | ASSET RECOVERY SOLUTIONS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0140 | ATTORNEY GENERAL OF HE UN | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0150 | BEACON HEALTH SYSTEM | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0160 | BEACON MEDICAL GROUP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0170 | BEACON MEDICAL GROUP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0180 | BRIDGECREST | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0190 | BRIGHT LENDING | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0200 | THE BUREAUS INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0210 | CAPITAL ONE BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0220 | CAPITAL ONE AUTO FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0230 | CASH PRO INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0240 | CASH PRO INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0250 | CENTRAL PORTFOLIO CONTROL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0260 | CHECK INTO CASH | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0270 | CHIME/STR | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0280 | CITY OF MISHAWAKA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0290 | COMCAST | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0300 | COMENITY BANK MEIJER | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0310 | COMMUNITY FEDERAL CREDIT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0320 | CREDIT COLLECTION SERV | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0330 | ELKHART EMERGENCY PHYSICI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0340 | FAMILY MEDICINE OF SOUTH | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0350 | FIRST CREDIT INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0360 | FIRST PREMIER BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0370 | GENESIS FS CARD SERVICES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0380 | GREEN PATH DEBT SOLUTIONS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0390 | HAMILTON'S BANKRUPTCY SER | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0400 | HOSPITALIST MEDICINE PHYS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0410 | HOSPITALIST MEDICINE PHYS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

10/24/2023 Page: 2

Tracy L. Updike, Trustee
Trustee's Report of Receipts and Disbursements
for the period from 1/1/2010 through 9/30/2023

| | | |
|---|---|---|
| Case Number: | 23-31335 | |
| Filed Date: | 10/20/2023 | |
| Confirmation Date: | | |

| | |
|---|---|
| Funds at Period Begin: | $0.00 |
| Receipts for Period: | $0.00 |
| Disbursed in Period: | $0.00 |
| Funds at Period End: | $0.00 |
| Trustee Fee for Period: | $0.00 |

| | |
|---|---|
| Total Receipts for Case: | $0.00 |
| Total Disbursed for Case: | $0.00 |
| Monthly Plan Payment: | $0.00 |
| Number of Months in Plan: | 60 |
| Debtor Refunds in Period: | $0.00 |

## Claims and Disbursements

| Claim | Creditor Name | Claim Type | Claim Amount | Total Prin | Total Int | Paid In Period | Unpaid Balance | Currently Reserved |
|---|---|---|---|---|---|---|---|---|
| 0420 | HOSPITALIST MEDICINE PHYS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0430 | INDIANA HEALTH CENTER | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0440 | KRISOR & ASSOCIATES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0450 | LAB CORP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0460 | LIBERTY MUTUAL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0470 | MCNEELY STEPHENSON | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0480 | NEW WORLD COLLECTIONS INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0490 | NISSAN MOTOR ACCEPTANCE C | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0500 | OLD NATIONAL BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0510 | ONE ADVANTAGE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0520 | ONEMAIN FINANCIAL OF INDI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0530 | PHOENIX FINANCIAL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0540 | PHOENIX FINANCIAL SERVICE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0550 | PROGRESSIVE INSURANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0560 | PROGRESSIVE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0570 | QUANTUM3 GROUP LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0580 | RECEIVE REVENUE RECOVERY | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0590 | REMINGTON COURT APARTMENT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0600 | ST JOSEPH HEALTH SYSTEM | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0610 | ST JOSEPH COUNTY TREASURE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0620 | SAINT JOSEPH PHYSICIAN NE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0630 | ST JOE REGIONAL MEDICAL C | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0640 | SUNBIT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0650 | SUNBIT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0660 | SUNBIT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0670 | SUNBIT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0680 | SUNBIT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0690 | SYNCHRONY BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0700 | SYNCHRONY BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0710 | SYNCHRONY BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0720 | SYNCHRONY BANK/JC PENNEY | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0730 | SYNCHRONY BANK/SAMS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0740 | SYNCHRONY BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0750 | THE BUREAUS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0760 | TOYOTA FINANCIAL SERVICES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0770 | CAPITAL ONE BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRS0 | P CHAEL INTERIM TRUSTEE | Trustee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals | | | $4,000.00 | $18,000.00 | $0.00 | $0.00 | $0.00 | $18,000.00 | $0.00 |