# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### South Bend Division

In Re: Debtor(s) (name(s) and address)      )
Mark Anthony Arnold      )
xxx–xx–6517      )
502 Cedar Crest Ln      ) Case Number: 23–31335–pes
Mishawaka, IN 46545      )
      )
      )
      )
      )
      ) Chapter: 13
      )
      )
      )
      )
      )

## NOTICE CONCERNING CHAPTER 13 DISCHARGE

The Chapter 13 Trustee has filed a final report in this case. If the debtor is eligible for a discharge, a Verified Motion for Entry of a Chapter 13 Discharge must be filed on the form required by local bankruptcy rule L.B.R. B–4004–2. A copy of that form accompanies this notice. If this is a joint case, each debtor must file a separate verified motion. If the debtor is represented by counsel, counsel must also sign and file the motion.

The verified motion for discharge must be filed within thirty (30) days after the filing of the trustee's final report. **The filing of a properly completed and signed verified motion is the debtor's responsibility.** Absent a timely motion, the case may be closed without the entry of discharge. If the case is closed, in order to receive a discharge, the debtor will be required to file a motion to reopen and pay a fee (currently in excess of $200) to reopen this case to file the motion for discharge.

When the verified motion is filed, the court will issue a separate notice to creditors and parties in interest advising them of the motion and giving them thirty (30) days to file any objections they may have to the granting of a discharge. If an objection is filed, the court may set a hearing to consider the objection. The debtor will receive notice of any such hearing and is expected to attend.

Dated: October 30, 2023

Amber E. Craig
_____
Clerk, United States Bankruptcy Court
401 South Michigan Street
South Bend, Indiana 46601

Document No. 18

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### [ *division* ]

IN THE MATTER OF:                 )
                                 )
                                 )
[ *name of Debtor* ]            )CASE NO. [ *case #* ]
                                 )
         DEBTOR          )
                                 )
                                 )
                                 )
                                 )
                                 )

## <u>VERIFIED MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE</u>

     Comes now the debtor, _____, (hereinafter "Movant") and, pursuant to 11 U.S.C. § 1328(a), moves the court for the entry of a discharge in this Chapter 13 case. In support of this request, Movant states the following:

     1. All of the payments required by the confirmed plan, whether made to the Chapter 13 trustee or made directly to creditors, have been completed.

     2. *NOTE: Please select one of the following paragraphs and delete the other.*

         [*Option 1*] Movant is required to pay a domestic support obligation, as defined by 11 U.S.C. § 101(14A), to:

         name of entity to whom support is paid
         mailing address

and all such amounts that are due on or before the date of this motion have been paid. The name and address of Movant's employer is:

         employer's name
         mailing address

**OR**

         [*Option 2*] Movant is not required to pay a domestic support obligation, as defined by 11 U.S.C. § 101(14A).

     3. Movant did not receive a discharge in a case filed under Chapter 7, 11, or 12 of the United States Bankruptcy Code during the four years prior to the date of the order for relief under Chapter 13 in this case.

4. Movant did not receive a discharge in a case filed under Chapter 13 of the United States Bankruptcy Code during the two years prior to the date of the order for relief under Chapter 13 in this case.

5. *NOTE: Please select one of the following paragraphs and delete the other.*

[*Option 1*] After filing the petition in this case, Movant completed a course concerning personal financial management, and a copy of the certificate of completion of that course has been filed with the court.

**OR**

[*Option 2*] The court has exempted Movant from completing a course concerning personal financial management.

6. There is no proceeding in which Movant has been or may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A), or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B), and there is no reason to believe that 11 U.S.C. § 522(q)(1) might apply to me.

7. [*Available for additional explanation or information.*]

Wherefore, Movant respectfully requests that, following notice and the opportunity for a hearing, the court enter a discharge pursuant to 11 U.S.C. § 1328(a).

I certify under the penalty of perjury, that the foregoing statements are true and correct.

_____
Signature of Debtor

Date:_____                    Respectfully submitted,

_____
Attorney for Debtor
Address:

Telephone:
Email: